UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALANA MENDEZ,                           25-cv-7329 (JGK)

        Plaintiff,                ORDER

- against -

FLUFFIES HOT CHICKEN LLC, ET AL.,

        Defendants.

---

**JOHN G. KOELTL, District Judge:**

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant, Fluffies Hot Chicken LLC, to answer was September 29, 2025. The time for the defendants, Saad Basra and Raad Basra, to answer was October 2, 2025. To date, no answer has been filed.

    The time for the defendants to answer or respond to the complaint is extended to **October 28, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **October 14, 2025.**

SO ORDERED.

Dated:    New York, New York
          October 7, 2025

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge