UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALANA MENDEZ,                                    25-cv-7329 (JGK)

                        Plaintiff,              ORDER

        - against -

FLUFFIES HOT CHICKEN LLC, ET AL.,

                        Defendants.
_____

JOHN G. KOELTL, District Judge:

     On October 7, 2025, the Court extended the time for the

defendants to answer or respond to the complaint until October 28,

2025. To date, no answer has been filed.

     The time for the defendants to respond to the complaint is

extended to **November 17, 2025**. If the defendants fail to respond

to the complaint by that date, the plaintiff may move by order to

show cause for a default judgment by **December 1, 2025**. If the

plaintiff fails to move for a default judgment by that date, the

case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          November 2, 2025

                                    _____
                                        John G. Koeltl
                                    United States District Judge