UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALANA MENDEZ,

                          Plaintiff,                    25-cv-7329 (JGK)

          - AGAINST -                                   ORDER

FLUFFIES HOT CHICKEN LLC, ET AL.,

                          Defendants.

---

JOHN G. KOELTL, District Judge:

On September 4, 2025, the plaintiff filed a complaint in this action. ECF No. 1. The defendants failed to respond to the complaint. On October 7, the Court extended the time for the defendants to answer the complaint until October 28, 2025. ECF No. 12. The defendants failed to answer by that deadline. On November 3, 2025, the Court again extended the time for the defendants to answer the complaint until November 17, 2025. ECF No. 14. The defendants again failed to respond by that deadline, and, on November 24, 2025, the Clerk issued a certificate of default. ECF No. 20.

The defendants shall show cause why a default judgment should not be entered against them by **January 2, 2026.** The plaintiff may respond by **January 12, 2026.** The defendants may reply by **January 19, 2026.** The plaintiff shall serve a copy of

this order on the defendants by **December 16, 2025** and shall file proof of service by **December 19, 2025**.

The Clerk is instructed to close ECF No. 24.

**SO ORDERED.**

**Dated:**   **New York, New York**
        **December 11, 2025**

                                    **John G. Koeltl**
                           **United States District Judge**