UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALANA MENDEZ,

                    Plaintiff(s)

          -against-

FLUFFIES HOT CHICKEN LLC, et al.,
                    Defendant(s).
-----------------------------------------------------------------X

                      25 civ 7329 (JGK)

### ORDER

The conference scheduled for Tuesday, January 6, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

                                    _____
                                     **JOHN G. KOELTL**
                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 22, 2025