UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALANA MENDEZ,

                    Plaintiff,                        25-cv-7329 (JGK)

        - against -                                   ORDER

FLUFFIES HOT CHICKEN LLC, ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

On November 24, 2025, the Clerk issued a certificate of default. ECF No. 20. On December 12, 2025, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 28. The plaintiff served the order to show cause on the defendants on December 15, 2025. ECF No. 30. The time to respond to the order to show cause was January 2, 2026, see ECF No. 28, but to date the defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the defendants.

The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
          January 8, 2026

                                        /s/ John C. Koeltl
                                        _____
                                        John G. Koeltl
                                        United States District Judge