**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALANA MENDEZ,

                        Plaintiff,

                 -against-

FLUFFIES HOT CHICKEN LLC, ET AL.,

                       Defendant.

-------------------------------------------------------------------

                      **ORDER**

          **25-CV-7329 (JGK) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Honorable John G. Koeltl referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendants.  Dkt. No. 32–33.

Accordingly, IT IS HEREBY ORDERED that, on or before **February 9, 2026**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages.  The Plaintiff must serve these documents on Defendants, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before **February 23, 2026**, Defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve Defendants with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:      January 12, 2026
            New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge